**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF MARYLAND**

Case number (if known): ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

**1. Debtor's name** — **IRC Clinics, Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — **52-2197505**

**4. Debtor's address**

**Principal place of business**

**7825 York Road**
Number Street

**Towson** **MD** **21204**
City State ZIP Code

**Baltimore**
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ____________

**7. Describe debtor's business**

*A. Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____________ When ________ (MM / DD / YYYY) Case number ________
  District ____________ When ________ (MM / DD / YYYY) Case number ________
  District ____________ When ________ (MM / DD / YYYY) Case number ________

Debtor **IRC Clinics, Inc.** Case number (if known) ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor ______ Relationship ______
District ______ When ______ MM / DD / YYYY
Case number, if known ______

Debtor ______ Relationship ______
District ______ When ______ MM / DD / YYYY
Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street
______
______ ______ ______
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **IRC Clinics, Inc.** Case number (if known) ______

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part X: Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/06/2016**
MM / DD / YYYY

X **/s/ Alberto Yataco, M.D.**
Signature of authorized representative of debtor

**Alberto Yataco, M.D.**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Dennis W. King**
Signature of Attorney for Debtor

Date **06/06/2016**
MM / DD / YYYY

**Dennis W. King**
Printed name

**Danoff & King, P.A.**
Firm Name

**409 Washington Avenue**
Number Street

**Suite 810**

**Towson** **MD** **21204**
City State ZIP Code

Contact phone **(410) 583-1686** Email address **dwking31@gmail.com**

**11265** **MD**
Bar number State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

In re **IRC Clinics, Inc.** Case No. ____________

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | **$0.00** |
| Prior to the filing of this statement I have received | **$0.00** |
| Balance Due | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Counsel has received $6,400.00 paid into his escrow account. This amount is for the filing fee and a retainer. No compensation will be taken from the retainer until the Court has approved counsel's employment and a fee application has been submitted to and approved by the Court.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**06/06/2016**
*Date*

**/s/ Dennis W. King**
*Dennis W. King* Bar No. 11265

Danoff & King, P.A.
409 Washington Avenue
Suite 810
Towson, MD 21204
Phone: (410) 583-1686 / Fax: (410) 583-1514

**/s/ Alberto Yataco, M.D.**
***Alberto Yataco, M.D.***
***President***

**Fill in this information to identify the case:**

Debtor name **IRC Clinics, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Keiser & Keiser<br>7 Allegeheny Ave., 2nd Floor<br>Towson, MD 21204 | | Accounting Services | | | | $11,100.00 |
| 2 | New Ingland IRB<br>197 First Ave., Suite 250<br>Needham, MA 02494 | | Unknown | | | | $10,045.00 |
| 3 | Mackenzie Management Company<br>2328 West Joppa Road, Suite 200<br>Lutherville, MD 21093 | | Rent | | | | $7,493.40 |
| 4 | Bodie, Dolina, Hobbs Fridell & Grenzer<br>305 Washington Ave., Suite 300<br>Towson, MD 21204 | | Legal Services | | | | $5,410.00 |
| 5 | Baltimore Sun Media Group<br>P.O. Box 3132<br>Boston, MA 02241 | | Advertising | | | | $3,420.00 |

Debtor **IRC Clinics, Inc.** Case number (if known) ____________
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Makrocare<br>650 College Road E, Suite 3600<br>Princeton, NJ 08540 | | Unknown | | | | $3,392.00 |
| 7 | First Insuerance Funding<br>450 Skokie Road<br>Northbrook, IL 60062 | | Insurance | | | | $1,405.04 |
| 8 | Henry Schein<br>P.O. Box 382060<br>Pittsburgh, PA 15250 | | Unknown | | | | $1,300.97 |
| 9 | DHMRI<br>150 Research Campus Drive<br>Kannapolis, NC 28081 | | Unknown | | | | $593.55 |
| 10 | Tustin medical Services<br>9003 Yellow Brick Rd., Suite K<br>Baltimore, MD 21237 | | Unknown | | | | $375.00 |
| 11 | Comcast<br>8029 Corporate Drive<br>Nottingham, MD 21236 | | Unknown | | | | $322.78 |
| 12 | Schulman Associates IRB<br>4445 Lake Forest Drive, Suite 300<br>Cincinnati, OH 45242 | | Unknown | | | | $295.00 |
| 13 | ADT<br>P.O. Box 371878<br>Pittsburgh, PA 15250 | | Security | | | | $209.36 |

Debtor **IRC Clinics, Inc.** Case number (if known) ____________
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Orthopedic Pain Associates<br>2428 Santa Monica Blvd., Suite 208<br>Santa Monica, CA 90404 | | Subcontract | | | | $0.00 |
| 15 | Next Phase<br>6355NW 36th Street, Suite 506A<br>Miami, FL 33166 | | Subcontract | | | | $0.00 |
| 16 | New Horizon<br>11880 Bird Road, Suite 405<br>Miami, FL 33175 | | Subcontract | | | | $0.00 |
| 17 | Neuroscience Insights<br>3202 Tower Oaks Blvd., Suite 100<br>Rockville, MD 20852 | | Subcontract | | | | $0.00 |
| 18 | IRC Site-IC<br>7825 York Road<br>Towson, MD 21204 | | Subcontract | | | | $0.00 |
| 19 | Eastern Research<br>601 East 49th Street<br>Hialeah, FL 33013 | | Subcontract | | | | $0.00 |
| 20 | Avail Research Clinic<br>860 Peachwood Drive<br>DeLand, FL 32720 | | Subcontract | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE: **IRC Clinics, Inc.**

CASE NO

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 6/6/2016

Signature **/s/ Alberto Yataco, M.D.**
***Alberto Yataco, M.D.***
***President***

Date ______________________

Signature ______________________

ADT
P.O. Box 371878
Pittsburgh, PA 15250

Avail Research Clinic
860 Peachwood Drive
DeLand, FL 32720

Baltimore Sun Media Group
P.O. Box 3132
Boston, MA 02241

Bodie, Dolina, Hobbs Fridell & Grenzer
305 Washington Ave., Suite 300
Towson, MD 21204

Comcast
8029 Corporate Drive
Nottingham, MD 21236

DHMRI
150 Research Campus Drive
Kannapolis, NC 28081

Eastern Research
601 East 49th Street
Hialeah, FL 33013

First Insuerance Funding
450 Skokie Road
Northbrook, IL 60062

Henry Schein
P.O. Box 382060
Pittsburgh, PA 15250

IRC Site-IC
7825 York Road
Towson, MD 21204

Keiser & Keiser
7 Allegeheny Ave., 2nd Floor
Towson, MD 21204

Mackenzie Management Company
2328  West Joppa Road, Suite 200
Lutherville, MD 21093

Makrocare
650 College Road E, Suite 3600
Princeton, NJ 08540

Neuroscience Insights
3202 Tower Oaks Blvd., Suite 100
Rockville, MD 20852

New Horizon
11880 Bird Road, Suite 405
Miami, FL 33175

New Ingland IRB
197 First Ave., Suite 250
Needham, MA 02494

Next Phase
6355NW 36th Street, Suite 506A
Miami, FL 33166

Orthopedic Pain Associates
2428 Santa Monica Blvd., Suite 208
Santa Monica, CA 90404

Schulman Associates IRB
4445 Lake Forest Drive, Suite 300
Cincinnati, OH 45242

Tustin medical Services
9003 Yellow Brick Rd., Suite K
Baltimore, MD 21237

***Dennis W. King, Bar No. 11265***
***Danoff & King, P.A.***
***409 Washington Avenue***
***Suite 810***
***Towson, MD 21204***
***(410) 583-1686***
***Attorney for the Petitioner***

# UNITED STATES BANKRUPTCY COURT FOR THE

*DISTRICT OF MARYLAND*

*BALTIMORE DIVISION*

In re:
**IRC Clinics, Inc.**

Debtor(s)

Address:
**7825 York Road**
**Towson, MD 21204**

Case No.:
SSN: **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**
SSN: ______________

## Numbered Listing of Creditors

Chapter: **11**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | ADT<br>P.O. Box 371878<br>Pittsburgh, PA 15250 | Unsecured Claim | $209.36 |
| 2. | Avail Research Clinic<br>860 Peachwood Drive<br>DeLand, FL 32720 | Unsecured Claim | |
| 3. | Baltimore Sun Media Group<br>P.O. Box 3132<br>Boston, MA 02241 | Unsecured Claim | $3,420.00 |
| 4. | Bodie, Dolina, Hobbs Fridell & Grenzer<br>305 Washington Ave., Suite 300<br>Towson, MD 21204 | Unsecured Claim | $5,410.00 |
| 5. | Comcast<br>8029 Corporate Drive<br>Nottingham, MD 21236 | Unsecured Claim | $322.78 |
| 6. | DHMRI<br>150 Research Campus Drive<br>Kannapolis, NC 28081 | Unsecured Claim | $593.55 |

in re: **IRC Clinics, Inc.**

Debtor

Case No. (if known)

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 7. | Eastern Research<br>601 East 49th Street<br>Hialeah, FL 33013 | Unsecured Claim | |
| 8. | First Insuerance Funding<br>450 Skokie Road<br>Northbrook, IL 60062 | Unsecured Claim | $1,405.04 |
| 9. | Henry Schein<br>P.O. Box 382060<br>Pittsburgh, PA 15250 | Unsecured Claim | $1,300.97 |
| 10. | IRC Site-IC<br>7825 York Road<br>Towson, MD 21204 | Unsecured Claim | |
| 11. | Keiser & Keiser<br>7 Allegeheny Ave., 2nd Floor<br>Towson, MD 21204 | Unsecured Claim | $11,100.00 |
| 12. | Mackenzie Management Company<br>2328 West Joppa Road, Suite 200<br>Lutherville, MD 21093 | Unsecured Claim | $7,493.40 |
| 13. | Makrocare<br>650 College Road E, Suite 3600<br>Princeton, NJ 08540 | Unsecured Claim | $3,392.00 |
| 14. | Neuroscience Insights<br>3202 Tower Oaks Blvd., Suite 100<br>Rockville, MD 20852 | Unsecured Claim | |
| 15. | New Horizon<br>11880 Bird Road, Suite 405<br>Miami, FL 33175 | Unsecured Claim | |

in re: **IRC Clinics, Inc.**

Debtor

Case No. (if known)

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 16. | New Ingland IRB<br>197 First Ave., Suite 250<br>Needham, MA 02494 | Unsecured Claim | $10,045.00 |
| 17. | Next Phase<br>6355NW 36th Street, Suite 506A<br>Miami, FL 33166 | Unsecured Claim | |
| 18. | Orthopedic Pain Associates<br>2428 Santa Monica Blvd., Suite 208<br>Santa Monica, CA 90404 | Unsecured Claim | |
| 19. | Schulman Associates IRB<br>4445 Lake Forest Drive, Suite 300<br>Cincinnati, OH 45242 | Unsecured Claim | $295.00 |
| 20. | Tustin medical Services<br>9003 Yellow Brick Rd., Suite K<br>Baltimore, MD 21237 | Unsecured Claim | $375.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **IRC Clinics, Inc.** ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing *Numbered Listing of Creditors,* consisting of 3 sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: **/s/ Alberto Yataco, M.D.** Date: 6/6/2016

**Alberto Yataco, M.D.**
**President**